**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00368-O |
| § | |
| **$21,255 IN U.S. CURRENCY,** § | |
| § | |
| **Defendant.** § | |

**DEFAULT JUDGMENT AND FINAL JUDGMENT ON FORFEITURE**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

Based on the United States of America's Motion for Default Judgment and Final Judgment of Forfeiture (ECF No. 29), and good cause appearing, the Court **GRANTS** the Motion, and

**HEREBY FINDS:**

1. The government properly provided notice of its complaint: 1) by publication in the manner and for the time period required by Rule G(4)(a)(iv) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and 2) by sending notice in the manner required by Rule G(4)(b) to Robert Harris, Jr. and Audrey Anissa Wilford, the only persons or entities reasonably known to the government to have a potential interest in the defendant property $21,255.00 in U.S. Currency.

2. Audrey Anissa Wilford filed a claim and answered the complaint regarding the $21,255.00 in U.S. Currency. The government and Audrey Anissa Wilford entered a settlement agreement whereby the government agreed to return $4,000 of the defendant property to Audrey Anissa Wilford. ECF No. 24. This Order recognizes that settlement.

3.  No other person or entity has filed a claim or otherwise defended this matter, and the deadline to do so has expired.

4.  Robert Harris, Jr. is not an infant or incompetent, so the limitations on the Court entering a default judgment under Fed. R Civ. P. 55(b)(2) do not apply.

5.  Robert Harris, Jr. was not unable to appear and defend in this action due to military service, so the limitations in 50 U.S.C. § 3931 on the Court entering a default judgment do not apply.

6.  Pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court entered a default against Robert Harris, Jr. and all other persons and entities, excepting Audrey Anissa Wilford, for "failure to plead, file a claim, answer, or otherwise defend this action." ECF No. 28.

7.  The government's forfeiture complaint satisfies all of the requirements of Rule G(2) as stated in its motion, including by pleading sufficiently detailed facts to support a reasonable belief that the government would be able to meet its burden of proof at trial that the defendant property, $21,255.00 in U.S. Currency, is subject to forfeiture under 21 U.S.C. § 881(a)(6).

**IT IS THEREFORE ORDERED, ADJUDGED**, and **DECREED** that:

1.  Default judgment is entered against Robert Harris, Jr. and all other persons and entities, excepting Audrey Anissa Wilford, as to any right, title, and interest in the defendant property $21,255.00 in U.S. Currency.

2.  Final judgment is entered forfeiting all right, title, and interest in $17,255.00 of the defendant property $21,255.00 in U.S. Currency to the United States of America.

3.  The Attorney General, or a designee, is authorized to dispose of the forfeited property in accordance with law.

4.  The United States shall abide by the settlement agreement with Audrey Anissa Wilford and return $4,000.00 of the defendant property to her.

**SO ORDERED** on this 16th day of August, 2024.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**